McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>     v.<br>JODI LYNN GARCIA, et al.,<br><br>       Defendant.<br>_____ | 2:07-cr-0341-FCD |
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>     v.<br>HEATHER ANNE MORSHEAD,<br><br>       Defendant.<br>_____ | 2:07-cr-0488-EJG<br><br>REQUEST FOR RELATED<br>CASE ORDER; ORDER |

     HEREBY, under Local Rule 83-123(3) & (4), the United States notifies the Court of the filing of a related case. HEREBY FURTHER, the United States moves the case, 2:07-cr-0488-EJG, be related with an earlier filed case, 2:07-cr-0341-FCD.

     On August 8, 2007, an Indictment was filed initiating 2:07-cr-0341-FCD.  The Indictment in 2:07-cr-0341-FCD charged Garcia and others with the following statutory crimes: 18 U.S.C. §§ 371, 1708, 1344(2) (Conspiracy to Commit Bank Fraud and to Possess Stolen U.S. Mail), 18 U.S.C. § 1708 (Possession of Stolen U.S. Mail), 18 U.S.C.

1

§ 1344(2) (Bank Fraud), and 18 U.S.C. § 1028A(a)(1) (Aggravated Identity Theft).

On October 30, 2007, an Information was filed initiating 2:S-07-0488-EJG. The Information in 2:07-cr-0488-EJG charged Heather Anne Morshead as another co-conspirator (with Jodi Lynn Garcia and others). Morshead is specifically charged as follows: 18 U.S.C. §§ 371, 1708, 1344(2) (Conspiracy to Commit Bank Fraud and to Possess Stolen U.S. Mail) and 18 U.S.C. § 1344(2) (Bank Fraud).

By this motion, the United States submits that the latter charged Information against Morshead, 2:07-cr-0488-EJG, should be related before Judge Damrell with the earlier charged Indictment against Garcia (and other co-conspirators), 2:07-cr-0341-FCD. In each case there are identical conspirators; also, in each case there are similar victims (federally insured financial institutions), similar witnesses, and a similar modus operandi. Moreover, Morshead, by and through her counsel (Ronald Peters, Esq.), specifically requests that the cases be related before the same judicial officer.

As to the Information in 2:07-cr-0488-EJG, Morshead (again through her counsel) requests (1) to waive indictment, and (2) to enter guilty pleas as charged. The parties have agreed to appear for entry of guilty pleas on November 13, 2007 at 10:00 am, before Judge Damrell. This court's clerk has confirmed that November 13, 2007 is available.

ACCORDINGLY, the United States -- having represented that in 2:07-cr-0341-FCD and 2:07-cr-0488-EJG there are co-conspirators who are charged in the same conspiracy and having represented that in each case there are related evidence issues, sentencing issues, and

1 similar witness concerns -- respectfully moves for relation of the
2 latter case (2:07-cr-0488-EJG) with the earlier case (2:07-cr-0341-
3 FCD) already before the previously assigned judicial officer (Judge
4 Damrell).  For the reasons set forth herein, such relation of cases
5 would help defense counsel, victims, and witnesses deal with
6 prosecutorial and judicial burdens.  In addition, relating the
7 latter case (charged by Information) with the EARLIER case (charged
8 by Indictment) would be efficient for the U.S. Probation Office.

```
                11/1/2007
Dated:    _____              McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Michelle Rodriguez
                                By:     _____
                                        MICHELLE RODRIGUEZ
                                        Assistant U.S. Attorney
```

--------------------------------------------

**RELATED CASE ORDER**

    Examination of the above-captioned matter, 2:07-cr-0341-FCD, and the criminal action in 2:07-cr-0488-EJG reveals that the actions are related within the meaning of Local Rule 83-123.  The actions involve similar transactions, including as to co-conspirators, victims, and witnesses, and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

    The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that the actions are assigned to the same judge.  No consolidation of the actions is effected.  Under the regular practice of this court, related cases

are assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:07-cr-0488-EJG is reassigned to Judge Damrell, for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall show be listed as 2:07-cr-0488 FCD.

IT IS FURTHER ORDERED that the clerk of the Court shall place the matter, 2:07-cr-0488 FCD on the calendar of Judge Damrell for November 13, 2007 at 10:00 am for arraignment and entry of plea.

IT IS FURTHER ORDERED that the clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

DATED: November 2, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE