1 **Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
2 **50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
3 **Telephone: (916) 922-9270**
**Facsimile: (916) 922-2465**
4
Attorney for Defendant
5 **HEATHER MORSHEAD**

6

7  IN THE UNITED STATES DISTRICT COURT FOR THE

8  EASTERN DISTRICT OF CALIFORNIA
-o0o-
9 UNITED STATES OF AMERICA, )    CASE NO.: CR. S-07-0488-FCD
10            Plaintiff,       )
                               )
11 v.                          )    **STIPULATION AND ORDER TO**
                               )    **CONTINUE SENTENCING**
12 HEATHER MORSHEAD            )
                               )    Date:       March 3, 2008
13            Defendant (s),   )    Time:       10:00 am
                               )    Courtroom:  2
14 _____ )

15     IT IS HEREBY STIPULATED AND AGREED between plaintiff United

16 States and defendant HEATHER MORSHEAD, with the advice of her counsel, Ron Peters, Esq., as

17 follows: (1) each party specifically requests this Court vacate the sentencing hearing set for March 3,

18 2008; (2) each party specifically requests that this Court schedule the sentencing hearing on May 12,

19 2008 at 10:00 a.m.; and (3) each party enters this agreement and these stipulations for good cause

20 stemming from concerns to ensure adequate preparation and effective advocacy on behalf of each

21 party's respective client. The parties further request the Court enter the schedule set forth below. This

22 schedule has been approved by the probation officer assigned to this case.

23                                   Respectfully submitted,

24 DATE: 02/26/08
25                              By:  /s/Ron Peters
                                     RON PETERS
26                                   Attorney for Heather Morshead

27 DATE: 02/26/08
                                By:  /s/Michelle Rodriguez
28                                   MICHELLE RODRIGUEZ
                                     U.S. Attorney

---

**U.S. vs. HEATHER MORSHEAD**                **STIPULATION AND ORDER TO**
                                              **CONTINUE SENTENCING**

HEREBY, the Court orders, based on the complexity of this case and the stipulation of the parties, THE SENTENCING HEARING CONTINUED TO **May 12, 2008.**

HEREBY FURTHER, the Court orders the following sentencing schedule:

The proposed Presentence Report shall be disclosed to counsel no later than........ 04/07/08

Counsel's written objections to the Presentence Report shall be delivered to the probation officer and opposing counsel no later than..................... 04/21/08

The Presentence Report shall be filed with the Court and disclosed to counsel no later than...... 04/28/08

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than....................................05/05/08

Reply, or Statement of Non-Opposition..... 05/05/08

Judgment and Sentencing date.............. 05/12/08

IT IS SO ORDERED

Dated: February 26, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

**U.S. vs. HEATHER MORSHEAD**   **STIPULATION AND ORDER TO CONTINUE SENTENCING**