1  **Law Offices of Ron Peters**
   **RON PETERS (SBN: 45749)**
2  **50 Fullerton Court, Suite 207**
   **Sacramento, California 95825**
3  **Telephone: (916) 922-9270**
   **Facsimile:  (916) 922-2465**
4
   Attorney for Defendant
5  **HEATHER MORSHEAD**

6

7  IN THE UNITED STATES DISTRICT COURT FOR THE

8  EASTERN DISTRICT OF CALIFORNIA
   -o0o-

9  UNITED STATES OF AMERICA, )    CASE NO.: CR.NO. S-07-488-FCD
                              )
10         **Plaintiff,**     )
                              )
11                            )    **STIPULATION AND ORDER TO**
   v.                         )    **CONTINUE SENTENCING**
12                            )
   **HEATHER MORSHEAD**       )    Date:   May 19, 2008
13                            )    Time:   10:00 am
           **Defendant (s),** )    Room:   2
14 |_____)

15     **IT IS HEREBY STIPULATED AND AGREED** between plaintiff United

16 States and defendant HEATHER MORSHEAD, with the advice of her counsel, Ron Peters, Esq., as

17 follows: (1) each party specifically requests this Court vacate the sentencing hearing set for

18 May 19, 2008; (2) each party specifically requests that this Court schedule the sentencing hearing on

19 July 21, 2008 at 10:00 a.m.; and (3) each party enters this agreement and these stipulations for good

20 cause stemming from concerns to ensure adequate preparation and effective advocacy on behalf of each

21 party's respective client. The parties further request the Court enter the schedule set forth below. This

22 schedule has been approved by the probation officer assigned to this case.

23
                                        Respectfully submitted,
24 DATE: 05/08/08
25                                      By:   /s/Ron Peters
                                              RON PETERS
26                                            **Attorney for Heather Morshead**

27 DATE: 05/08/08
                                        By:   /s/Michelle Rodriguez
28                                            MICHELLE RODRIGUEZ
                                              **U.S. Attorney**

---

**U.S. vs. HEATHER MORSHEAD**                **STIPULATION AND ORDER TO**
                                             **CONTINUE SENTENCING**

ORDER

The Court ORDERS, based on the complexity of this case and the stipulation of the parties, The sentencing hearing is continued to July 21, 2008 at 10:00 a.m.

The Court HEREBY FURTHER ORDERS the following sentencing schedule:

    Counsel's written objections to the Presentence Report shall be delivered to the probation officer and opposing counsel no later than June 30, 2008;

    The Pre-sentence Report shall be filed with the Court and disclosed to counsel no later than July 7, 2008;

    Motion for Correction of the Pre-sentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than July 14, 2008;

    Reply, or Statement of Non-Opposition on July 14, 2008

    Judgment and Sentencing date is set for July 21, 2008 at 10:00 a.m.

IT IS SO ORDERED.

DATED: May 8, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE